In re:

COUNTRYWIDE BANK (BANK OF AMERICA, N.A.)

Debtor(s).

CHAPTER: 13

CASE NUMBER: 6:09-bk-25313-TD

**FILED & ENTERED**

**SEP 16 2009**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY penning   DEPUTY CLERK**

Gregory J. Doan Bar# 165174
Doan Law Offices, LLP
635 Camino De Los Mares, Suite 100
San Clemente, CA 92673
Tel: (949) 472-0600
Fax: (949) 472-5441

**CHANGES MADE BY COURT**

Attorneys for Joseph and Carol Olmo

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION

In re:

    JOSEPH AND CAROL OLMO

Debtor.

) Case No. 6:09-bk-25313-TD
)
) ORDER STRIPPING LIEN OF
) COUNTRYWIDE BANK (BANK OF
) AMERICA, N.A.) ON REAL PROPERTY
)
)
) Date: 9/3/2009
) Time: 1:30 p.m.
) Court: 303
)
)

    On 08/20/2009 at 1:30 p.m., the motion of the debtors, Joseph and Carol Olmo, for an Order stripping the lien of Countrywide Bank (Bank of America, N.A.) on the debtors' personal residence at 34354 Sherwood Drive, Yucaipa, CA 92399, California came on regularly for hearing. Judge Donovan's tentative ruling was to deny said motion as no proof of service accompanied Judge Donovan's copy of the motion. Debtors' attorney provided Judge Donovan with the proof of service and the tentative motion

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                    **F 9021-1.1**

| In re:<br><br>COUNTRYWIDE BANK (BANK OF AMERICA, N.A.)<br><br>Debtor(s). | CHAPTER: 13<br><br>CASE NUMBER: 6:09-bk-25313-TD |
|---|---|

was later vacated and the motion granted. There was no appearance by any other party, nor was any opposition to the debtors' motion filed with the Court.

The Countrywide Bank (Bank of America, N.A.) lien and claim are described as follows: Promissory Note, dated 08/22/2007, in the original principal amount of $ 73,500.00; and Deed of Trust recorded on 08/31/2007, as Document # 505775, in the Office of the Recorder of the County of Riverside, CA.

Based upon findings of fact and conclusions of law stated orally and recorded in open court pursuant to Fed. R. Civ. P. 52(a)(1), as incorporated into Fed. R. Bankr. P. 7052 and made applicable to contested matters by Fed. R. Bankr. P. 9014(c), it is:

ORDERED that the 2nd lien and claim of Countrywide Bank (Bank of America, N.A.), as described above, are determined to be completely unsecured in this Chapter 13 case; and it is further,

ORDERED that upon completion of all plan payments and entry of a discharge in this case pursuant to 11 U.S.C. §1328, the 2nd lien will be void and not constitute an encumbrance on the following described property:

> 34354 Sherwood Dr, Yucaipa, California 92399-6804. This property is more particularly described as follows: CITY/MUNI/TWNSP: 12, as per maps in the office of the Recorder of the County of Riverside, CA.

And it is further,

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                    **F 9021-1.1**

| In re:<br><br>COUNTRYWIDE BANK (BANK OF AMERICA, N.A.)<br><br>Debtor(s). | CHAPTER: 13<br><br>CASE NUMBER: 6:09-bk-25313-TD |
|---|---|

ORDERED that the 2nd lien and any corresponding proof of claim shall be treated as a general unsecured creditor receiving nothing under the chapter 13 plan; and it is further,

Upon completion of all plan payments and entry of a Chapter 13 discharge in this case, Countrywide Bank (Bank of America, N.A.) and its successors and assigns are requested to reconvey the 2nd Deed of Trust and otherwise take such steps as are required to clear title, free of said lien, as to the above described property; and it is further,

ORDERED that should this case be dismissed or converted to another chapter under title 11 prior to completion of all plan payments and entry of a discharge pursuant to 11 U.S.C. §1328, the lien shall remain valid.

###

DATED: September 16, 2009

_[signature: Thomas B. Donovan]_
United States Bankruptcy Judge

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                        **F 9021-1.1**

| In re:<br><br>COUNTRYWIDE BANK (BANK OF AMERICA, N.A.)<br><br>Debtor(s). | CHAPTER: 13<br><br>CASE NUMBER: 6:09-bk-25313-TD |
|---|---|

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled ORDER STRIPPING LIEN OF COUNTRYWIDE BANK (BANK OF AMERICA, N.A.) ON REAL PROPERTY
was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of _____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**

| In re:                                              |            | CHAPTER: 13                        |
| :-------------------------------------------------- | :--------- | :--------------------------------- |
| COUNTRYWIDE BANK (BANK OF AMERICA, N.A.)            | Debtor(s). | CASE NUMBER: 6:09-bk-25313-TD      |

☒ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**

| In re:<br><br>COUNTRYWIDE BANK (BANK OFAMERICA, N.A.)<br><br>Debtor(s). | CHAPTER: 13<br><br>CASE NUMBER: 6:09-bk-25313-TD |
|---|---|

**ADDITIONAL SERVICE INFORMATION** (if needed):

| **Served Electronically**<br><br><br>Rod Danielson<br>Ch 13 Trustee<br>images@rodan13.com<br><br>Peter C. Anderson<br>United States Trustee (RS)<br>ustpregion16.rs.ecf@usdoj.gov | **Served by U.S. Mail**<br><br>Countrywide Bank<br>4500 Park Granada #11<br>Calabasas, CA 91302<br><br>Bank of America, N.A.<br>Attn: President/CEO – Kenneth D. Lewis<br>100 North Tyron Street<br>Charlotte, NC 28255 |
|---|---|

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                              **F 9021-1.1**